

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00692-CV

**IN RE** Bharath **RAMANATH**

Original Proceeding[1]

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: November 12, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 28, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. *See* TEX. GOV'T CODE § 22.221 (writ power of the courts of appeals); *see also In re Ramirez*, No. 04-22-00469-CV, 2022 WL 3908846, at *1 (Tex. App.—San Antonio Aug. 31, 2022, orig. proceeding) (courts of appeal lack jurisdiction to consider matters arising directly from justice court). Accordingly, relator's petition for writ of mandamus is **DISMISSED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 310C2401184, styled *Calvary Spy I, LLC, as Assignee of Citibank, N.a. v. Bhareth Ramanath*, pending in the Bexar County Justice Court, Texas, the Honorable Julie Bray Patterson presiding.